IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KWASI MCKINNEY** **PLAINTIFF**
**ADC # 137065**

**V.** **CASE NO. 2:25-cv-00206 JM**

**STATE OF ARKANSAS** **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE